

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick, Esq.**
Partner
mmoosnick@vandallp.com

January 3, 2025

<u>VIA ECF</u>

<div style="border: 2px solid blue;">**MEMO ENDORSED**
(p. 3)</div>

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:**   <u>Trustees of the New York City District Council of Carpenters Pension Fund, et al., v. Envision Design Construction Corp.,</u> 24 CV 7141 (JHR)

Dear Judge Rearden:

    This firm represents the Petitioners in the above-referenced action. Petitioners write to request an extension of time through January 30, 2025, to serve Respondent with the pleadings in the above-referenced action. Further, we write to request leave to serve the pleadings on Respondent via "nail and mail" service.

    Since the commencement of this action, Petitioners have attempted to personally serve the pleadings on Respondent at various addresses, as set forth in detail below, however, all service attempts have been unsuccessful. Furthermore, absences by this firm's staff for the holiday season resulted in an inadvertent oversight of the December 19, 2024 deadline to serve process on Respondent pursuant to Fed. R. Civ. P. 4(m). Petitioners sincerely apologize for this oversight and, for the reasons set forth below, request a retroactive six-week extension of time through January 30, 2025, to serve the Respondent. Given what appears to be evasion on the part of the Respondent, we request leave to serve Respondent via service by "nail and mail" service at its last known business address and upon its President's last known residence. This is the first such request for an extension of time to serve Respondent.

**<u>Attempts to Personally Serve Respondent</u>**

    This action was commenced on September 20, 2024, with the filing of a verified petition to confirm an arbitration award. Shortly thereafter, on September 24, 2024, Petitioners requested personal service of the pleadings upon Respondent at its last known address, 111 Town Square Place, Suite 1203, Jersey City, New Jersey 07310 (the "Jersey City address"). Petitioners' process



server attempted on four occasions to serve Respondent personally at the Jersey City address. A copy of the affidavit of due diligence for attempted service on Respondent at the Jersey City address is annexed hereto as **Exhibit A**. Respondent confirmed its place of business at the Jersey City address; per the affirmation of due diligence, "the owner of the entity… stated the offices are located at 111 Town Square Place." *See* Ex. A. Furthermore, Petitioners' process server contacted Respondent's owner, who arranged a meeting time for service on October 16, 2024, at the Jersey City address, however, Respondent's owner did not appear for the arranged meeting time. *See* Ex. A.

On November 7, 2024, Petitioners requested service of the pleadings on Robert Knight, President, at his last known address, 126 Memorial Parkway, Bloomfield, New Jersey 07003 (the "Bloomfield address"). Petitioners' process server attempted on six occasions to serve Robert Knight personally at the Bloomfield address, however, there was no answer. On December 13, 2024, the process server advised that it was unable to serve the pleadings on Robert Knight at the Bloomfield address. A copy of the affidavit of due diligence for attempted service on Respondent at the Bloomfield address is annexed hereto as **Exhibit B**. On the same day, Petitioners requested service of the pleadings on Sharette Davies, CEO, at her last known address, 212 E 25th Street, Paterson, New Jersey 07514 (the "Paterson address"). On December 24, 2024, Petitioners learned that Petitioners' process server attempted on one occasion to serve Sharette Davies personally at the Paterson address, however, a tenant advised that Ms. Davies owned the property but did not reside at said address. A copy of the affidavit of due diligence for attempted service on Respondent at the Paterson address is annexed hereto as **Exhibit C**. Petitioners have been unable to locate an alternate address for Sharette Davies at which to attempt personal service.

**<u>Petitioners Should Be Granted Leave to Serve Respondent via "Nail and Mail" Service Pursuant to N.Y. CPLR § 308(4)</u>**

Petitioners have exercised diligence in their attempts to serve the pleadings on Respondent at its last known business address, its President's last known address, and its CEO's last known address. Petitioners have attempted to personally serve Respondent at all addresses and on all parties listed on Respondent's status report filed with the New Jersey Department of State, a copy of which is annexed hereto as **Exhibit D**.

N.Y. CPLR § 308(4) states that, when personal service cannot be met with due diligence, service may be effectuated "by affixing the summons to the door of either the actual place of business, dwelling place or usual place of abode within the state of the person to be served and by either mailing the summons to such person at his or her last known residence or by mailing the summons by first class mail to the person to be served at his or her actual place of business…" N.Y. CPLR § 308(4). Here, Petitioners seek leave to serve the Respondent c/o President Robert Knight, who is an agent of respondent authorized by statute to accept service for the corporation which he serves as President. Mr. Knight is the only individual associated with Respondent for whom Petitioners have located viable addresses. Given Mr. Knight's history of evading service in this matter, Petitioners accordingly request leave to serve the pleadings on Respondent, care of President Robert Knight via "nail and mail" service at the Jersey City address and Bloomfield address pursuant to N.Y. CPLR § 308(4), and request an extension of time through January 30, 2025, to effectuate said service.



We sincerely thank the Court for its time and attention to this matter and apologize for any inconvenience to the Court caused by this delay in service.

Very truly yours,

*/s/ Maura Moosnick*
Maura Moosnick, Esq.

cc:   *Via First Class and Electronic Mail*
Envision Design Construction Corp.
111 Town Square Place, Suite 1203
Jersey City, New Jersey 07310
bobby@envisiondesignconstruction.com
envisiondesign79@gmail.com

Envision Design Construction Corp.
c/o Robert Knight, President
126 Memorial Parkway
Bloomfield, New Jersey 07003

Application GRANTED IN PART. Under Federal Rule of Civil Procedure 4(m), "if the plaintiff shows good cause for the failure [to serve a defendant within 90 days after the complaint is filed], the court must extend the time for service for an appropriate period." Rule 4(m) also "authorizes the court to relieve a plaintiff of the consequences of an application of this subdivision even if there is no good cause shown." Fed. R. Civ. P. 4(m) advisory committee's note to 1993 amendments; *see also Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007). Here, "absences by [counsel's] firm's staff for the holiday season result[ing] in an inadvertent oversight of the December 19, 2024 deadline to serve process on Respondent," ECF No. 8 at 1, does not establish good cause, *see Oyewole v. Ora*, 291 F. Supp. 3d 422, 430 (S.D.N.Y. 2018) ("A 'delay in service resulting from the mere inadvertence, neglect, or mistake of a litigant's attorney does not constitute good cause.'" (quoting *George v. Prof'l Disposables Int'l, Inc.*, 221 F. Supp. 3d 428, 433 (S.D.N.Y. 2016)), *aff'd*, 776 F. App'x 42 (2d Cir. 2019). However, because this is Petitioners' first request to extend the time to effect service, the Court exercises its discretion to extend that time, *nunc pro tunc*, to **January 30, 2025**.

Petitioners' request to serve Respondent, a corporation, by "nail and mail" service is denied. Rule 4(e) of the Federal Rules of Civil Procedure permits service according to, *inter alia*, "the state where the district court is located or where service is made[.]" Fed. R. Civ. P. 4(e)(1). "[I]t is well established that the 'nail-and-mail' provision under N.Y. C.P.L.R. § 308(4) applies 'only to defendants who are natural persons and cannot be used to serve a corporation.'" *Joe Hand Promotions, Inc. v. Necessary Studios, Inc.*, No. 21 Civ. 5551 (LDH) (RER), 2022 WL 18858972, at *3 n.2 (E.D.N.Y. Dec. 5, 2022) (quoting *Retrospective Goods, LLC v. T & M Invs. Int'l, LLC*, No. 20 Civ. 6201 (AMD) (RER), 2022 WL 2161935, at *3 (E.D.N.Y. May 20, 2022)). "'[A]ffix-and-mail' service, embodied in CPLR 308, is a means of serving individuals, not a corporation . . . . CPLR 311 governs service on corporations and does not permit 'affix-and-mail,' *even when the service on the corporation is being effectuated through one of its officers*." *Nesterov v. Kvadro S. Corp.*, No. 18 Civ. 7200 (MKB) (SJB), 2021 WL 1236029, at *3 (E.D.N.Y. Mar. 11, 2021) (emphasis added) (cleaned up), *report and recommendation adopted*, 2021 WL 1238707 (E.D.N.Y. Apr. 2, 2021).

The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 13, 2025

```
UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                          Docket No.  1:24-CV-07141
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK
CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK
,Plaintiff(s)
                                       - against -

ENVISION DESIGN CONSTRUCTION CORP.
,Defendant(s)
```

## AFFIDAVIT OF DUE DILIGENCE

I, THE UNDERSIGNED, UNDER PENALTY OF PERJURY, AM AND WAS ON THE DATES HEREIN
MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION,
ATTEMPTED TO SERVE THE FOLLOWING:

> SUMMONS; CIVIL RULE 7.1 STATEMENT; MEMORANDUM OF LAW IN SUPPORT OF
> THE VERIFIED PETITION TO CONFIRM AN ARBITRATION AWARD; VERIFIED
> PETITION TO CONFIRM AN ARBITRATION AWARD; VERIFICATION; EXHIBITS;
> ORDER AND JUDGMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

> RESIDENCE:   UNKNOWN


> ALTERNATE:   111 TOWN SQUARE PLACE
>              SUITE 1203
>              JERSEY CITY NJ 07310

I HAVE BEEN UNABLE TO MAKE DELIVERY ON ONE OF THE FOLLOWING NAMED:

> ENVISION DESIGN CONSTRUCTION
> CORP.

THEREFORE PROCESS IS BEING RETURNED FOR THE FOLLOWING REASONS:

```
09/30/24 10:26 AM  ENTITY IS UNKNOWN AND NOT LOCATED AT THIS
                   ADDRESS AS PER BUILDING SECURITY.
                   THEY STATED THE ENTITY LOCATED IN SUITE 1203
                   IS "WORK SOCIAL".
                   SECURITY STATED THE EMPLOYEES FOR THIS ENTITY
                   WORK REMOTELY AND PROVIDED A PHONE NUMBER.
                   PHONE #: 973-293-5172.
                   THE SERVER CALLED THE NUMBER AND RECEIVED NO
                   ANSWER.
                   WILL CONTINUE TO ATTEMPT SERVICE.
09/30/24 11:05 AM  THE SERVER CALLED THE PHONE NUMBER LOCATED
                   ON THE WEBSITE FOR THE ENTITY.
                   PHONE #: 914-803-5332.
                   THE SERVER SPOKE WITH THE OWNER OF THE
                   ENTITY WHO STATED THE OFFICES ARE LOCATED AT
                   111 TOWN SQUARE PLACE BUT HE IS AWAY UNTIL
```

Continued on next page

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                                   Docket No.  1:24-CV-07141

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK
CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK
,Plaintiff(s)

                                        - against -

ENVISION DESIGN CONSTRUCTION CORP.
,Defendant(s)

|  |  |
|---|---|
|  | NEXT WEEK.<br>ONCE BACK IN TOWN HE WILL SCHEDULE A TIME FOR SERVICE.<br>WILL CONTINUE TO ATTEMPT SERVICE. |
| 10/04/24 12:47 PM | SERVER ATTEMPTED AT 111 TOWN SQUARE PLACE.<br>OFFICE WAS CLOSED AT THIS TIME.<br>SERVER CALLED THE OWNER, BUT THERE WAS NO ANSWER.<br>WILL CONTINUE TO ATTEMPT SERVICE. |
| 10/08/24 8:05 AM | SERVER CALLED AND SPOKE TO THE OWNER WHO STATED THAT NO ONE WOULD BE IN THE OFFICE TODAY, BUT TO COME BY ON THURSDAY.<br>WILL CONTINUE TO ATTEMPT SERVICE. |
| 10/10/24 1:50 PM | OFFICE WAS CLOSED AT THIS TIME.<br>SERVER CALLED THE OWNER WHO STATED HE IS NOT IN THE OFFICE TODAY AND ARRANGED TO MEET THE SERVER IN THE MORNING ON 10/16.<br>WILL CONTINUE TO ATTEMPT SERVICE. |
| 10/16/24 8:43 AM | SUBJECT DID NOT SHOW UP TO THE ARRANGED APPOINTMENT WITH SERVER TODAY AT 8:30 AM.<br>SERVER CALLED SUBJECT AND HE DID NOT ANSWER.<br>SERVER RETURNING THIS REQ. FOR FURTHER REVIEW |

SERVER: NICHOLAS LAIETTA

SWORN AND SUBSCRIBED TO BEFORE ME THIS

31 DAY OF Oct    2024

_[signature: Melissa Giambattista]_

MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
My Commission Expires 09/17/2029

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br> *Petitioner(s)* <br> v. <br> ENVISION DESIGN CONSTRUCTION CORP, <br> *Respondent(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Respondent's name and address)* Envision Design Construction Corp - 111 Town Square Place, Suite 1203, Jersey City, New Jersey 07310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VIRGINIA & AMBINDER, LLP
40 BROAD STREET, 7TH FLOOR
NEW YORK, NEW YORK 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/23/2024                                            /s/ P. Canales

*Signature of Clerk or Deputy Clerk*

```
UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                          Docket No.  1:24-CV-07141
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK
CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK
,Plaintiff(s)
                                      - against -
ENVISION DESIGN CONSTRUCTION CORP.
,Defendant(s)
```

## AFFIDAVIT OF DUE DILIGENCE

I, THE UNDERSIGNED, UNDER PENALTY OF PERJURY, AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION, ATTEMPTED TO SERVE THE FOLLOWING:

SUMMONS; CIVIL RULE 7.1 STATEMENT; MEMORANDUM OF LAW IN SUPPORT OF THE VERIFIED PETITION TO CONFIRM AN ARBITRATION AWARD; VERIFIED PETITION TO CONFIRM AN ARBITRATION AWARD; VERIFICATION; EXHIBITS; ORDER AND JUDGMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

RESIDENCE:  126 MEMORIAL PARKWAY
            BLOOMFIELD NJ 07003

ALTERNATE: UNKNOWN

I HAVE BEEN UNABLE TO MAKE DELIVERY ON ONE OF THE FOLLOWING NAMED:

ENVISION DESIGN CONSTRUCTION
CORP. C/O ROBERT KNIGHT, PRESIDENT

THEREFORE PROCESS IS BEING RETURNED FOR THE FOLLOWING REASONS:

```
                .   NO CARS VISIBLY PRESENT.
                    NO VISIBLE MAIL.
11/11/24 07:15 PM   NO ANSWER AT THIS TIME.
                    NO CARS VISIBLY PRESENT.
                    THERE WERE NO LIGHTS ON AT THE PROPERTY.
11/12/24 08:00 PM   NO ANSWER AT THIS TIME.
                    NO CARS VISIBLY PRESENT.
                    THERE HAS BEEN NO CHANGE AT THE PROPERTY.
11/13/24 08:10 AM   NO ANSWER AT THIS TIME.
                    NO CARS VISIBLY PRESENT.
                    NO NEIGHBORS TO SPEAK WITH.
                    SERVER WILL CONTINUE TO ATTEMPT SERVICE.
11/21/24 7:25 PM    NO ANSWER AT THE INTERCOM.
                    SERVER WAS NOT ABLE TO GAIN ACCESS TO
                    THE BUILDING AT THIS TIME.
                    NO NEIGHBORS TO SPEAK TO AT THIS TIME.
                    SERVER WILL CONTINUE TO ATTEMPT SERVICE.
```

Continued on next page

DGR Legal, Inc.
1359 Littleton Road, Morris Plains, NJ 07950-3000
File #  1:24-CV-07141     (973) 403-1700    Fax (973) 403-9222     Work Order #  744017

```
7 4 4 0 1 7
```

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                                         Docket No.   1:24-CV-07141

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK
CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK
,Plaintiff(s)

                                         - against -

ENVISION DESIGN CONSTRUCTION CORP.
,Defendant(s)

---

11/22/24 10:10 AM   SERVER WAS ABLE TO GAIN ACCESS TO BUILDING
                    DO TO TENANT LEAVING THE BUILDING LET HIM
                    GO INSIDE.
                    NO ANSWER AT THE UNIT.
                    NO NOISE COMING FROM INSIDE THE UNIT.
                    SERVER WILL CONTINUE TO ATTEMPT SERVICE.
11/23/24 8:40 AM    NO ANSWER AT THE INTERCOM.
                    SERVER WAS NOT ABLE TO GAIN ACCESS TO THE
                    BUILDING AT THIS TIME.
                    NO NEIGHBORS COMING OR LEAVING THE BUILDING.
                    SERVER RETURNING THIS REQ. FOR FURTHER REVIEW

                              _____
                              SERVER: JOHN KRATZ


SWORN AND SUBSCRIBED TO BEFORE ME THIS
16 DAY OF Dec          2024

_____

MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
My Commission Expires 09/17/2029

                              DGR Legal, Inc.
                    1359 Littleton Road, Morris Plains, NJ 07950-3000
File #   1:24-CV-07141     (973) 403-1700    Fax (973) 403-9222        Work Order #   744017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

*Petitioner(s)*

v.    Civil Action No.

ENVISION DESIGN CONSTRUCTION CORP,

*Respondent(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Respondent's name and address)* Envision Design Construction Corp - 111 Town Square Place, Suite 1203, Jersey City, New Jersey 07310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VIRGINIA & AMBINDER, LLP
40 BROAD STREET, 7TH FLOOR
NEW YORK, NEW YORK 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____09/23/2024_____    /s/ P. Canales

*Signature of Clerk or Deputy Clerk*

```
7 5 0 8 4 9
```

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                                      Docket No. 1:24-CV-07141

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK
CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK
,Plaintiff(s)

- against -

ENVISION DESIGN CONSTRUCTION CORP.
,Defendant(s)

## AFFIDAVIT OF DUE DILIGENCE

I, THE UNDERSIGNED, UNDER PENALTY OF PERJURY, AM AND WAS ON THE DATES HEREIN
MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION,
ATTEMPTED TO SERVE THE FOLLOWING:

    SUMMONS; CIVIL RULE 7.1 STATEMENT; MEMORANDUM OF LAW IN SUPPORT OF
    THE VERIFIED PETITION TO CONFIRM AN ARBITRATION AWARD; VERIFIED
    PETITION TO CONFIRM AN ARBITRATION AWARD; VERIFICATION; EXHIBITS;
    ORDER AND JUDGMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

    RESIDENCE:   212 EAST 25TH STREET
                    PATERSON NJ 07514

    ALTERNATE: UNKNOWN

I HAVE BEEN UNABLE TO MAKE DELIVERY ON ONE OF THE FOLLOWING NAMED:

    ENVISION DESIGN CONSTRUCTION
    CORP. C/O SHARETTE DAVIES, CEO

THEREFORE PROCESS IS BEING RETURNED FOR THE FOLLOWING REASONS:

12/19/24 10:40 AM SUBJECT OWNS THIS PROPERTY BUT DOES NOT
                  RESIDE HERE, AS PER FEMALE TENANT.
                  SERVER RETURNING THIS REQ. FOR FURTHER REVIEW

SERVER: JOSEPH MENENDEZ

SWORN AND SUBSCRIBED TO BEFORE ME THIS
2nd DAY OF Jan 20 25
DGR Legal, Inc.
1359 Littleton Road, Morris Plains, NJ 07950-3000
File # 1:24-CV-07141     (973) 403-1700   Fax (973) 403-9222     Work Order # 750849

Continued on next page

```
UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                                    Docket No.  1:24-CV-07141
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK
CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK
,Plaintiff(s)
                                        - against -
ENVISION DESIGN CONSTRUCTION CORP.
,Defendant(s)
```

*Patricia Knapp* (signature)

PATRICIA E KNAPP
Notary Public, State of New Jersey
Comm. # 2447530
My Commission Expires 06/23/2029

```
Status Report For:      ENVISION DESIGN CONSTRUCTION CORPORATION
Report Date:            1/3/2025
Confirmation Number:    250033570873
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0450387708
Business Type:          DOMESTIC PROFIT CORPORATION
Status:                 ACTIVE
Original Filing Date:   06/06/2019
Stock Amount:           100
Home Jurisdiction:      NJ
Status Change Date:     11-02-2023
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:   01-17-2023
DOR Suspension End Date:     11-02-2023
Tax Suspension Start Date:   N/A
Tax Suspension End Date:     N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:        JUNE
Last Annual Report Filed:   11/02/2023
Year:                       2023
```

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

```
Agent:                  SHARETTE DAVIES
Agent/SOP Address:      111 TOWN SQUARE PLACE SUITE 1203 ,JERSEY
                        CITY,NJ,07310
Address Status:         DELIVERABLE
Main Business Address:  126 MEMORIAL PARKWAY, BLOOMFIELD, NJ, 07003
Principal Business      N/A
Address:
```

**ASSOCIATED NAMES**

```
Associated Name:        N/A
Type:                   N/A
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|  |  |
|---|---|
| Title: | PRESIDENT |
| Name: | KNIGHT ,Robert |
| Address: | 111 Town Square Place Suite 1203, Jersey City, , , US |
| Title: | CHIEF EXEC. OFFICER (CEO) |
| Name: | Davies ,Sharette |
| Address: | 111 Town Square Place, Jersey City, , , US |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| Original Filing (Certificate)Date: | 2019 |
|---|---|

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2023 |
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2023 |
| REINSTATEMENT WITH AGENT CHANGE | 2023 |
| Annual Report filing with officer/member change | 2023 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its

filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.